```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-01918-RNO
George Merkel                                                       Chapter 13
Laura Ann Merkel
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman           Page 1 of 1         Date Rcvd: Nov 01, 2016
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
db/jdb         +George Merkel,    Laura Ann Merkel,    62 Allen Drive,    Hanover, PA 17331-9374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joel M Flink    on behalf of Creditor    Unifund Corporation flinkj@gordonweinberg.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor George  Merkel ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Joint Debtor Laura Ann Merkel ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GEORGE MERKEL
LAURA AN N MERKEL

    Debtors/Movants

CHAPTER 13

NO 1-15-01918 RNO

ORDER

Upon consideration of the Debtor's Motion to Modify Confirmed Plan, said Motion is hereby GRANTED.

By the Court,

Dated: November 1, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)