IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **George Merkel** **Laura Ann Merkel fka Laura A. Foy** Debtors | **BK NO. 15-01918 RNO** **Chapter 13** |
| **JPMorgan Chase Bank, National Association** Moving Party vs. | **Pleading: Motion for Relief** |
| George Merkel Laura Ann Merkel fka Laura A. Foy Debtors **Charles J. DeHart, III Esq.**, **(Trustee)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)  If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)  Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 25, 2017          **/s/ James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 Attorney for Moving Party
                                 KML Law Group, P.C.