```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01918-RNO
George Merkel                                                   Chapter 13
Laura Ann Merkel
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: REshelman      Page 1 of 1      Date Rcvd: Feb 02, 2017
                      Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
db/jdb      +George Merkel,   Laura Ann Merkel,   62 Allen Drive,   Hanover, PA 17331-9374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         Joel M Flink    on behalf of Creditor    Unifund Corporation flinkj@gordonweinberg.com
         Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Larry W. Wolf    on behalf of Debtor George  Merkel ephillips@larrywwolf.com
         Larry W. Wolf    on behalf of Joint Debtor Laura Ann Merkel ephillips@larrywwolf.com
         Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George Merkel<br>Laura Ann Merkel fka Laura A. Foy<br>    <u>Debtors</u> | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>    <u>Movant</u><br>vs. | NO. 1:15-bk-01918 RNO |
| George Merkel<br>Laura Ann Merkel fka Laura A. Foy<br>    <u>Debtors</u> | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>    <u>Trustee</u> | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

Dated: February 2, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)