IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:            Case No. 15-01918-HWV
                         Chapter 13

GEORGE MERKEL
AND LAURA ANN MERKEL

Debtor(s).

## NOTICE OF APPEARANCE

**Bayview Loan Servicing, LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 13th day of December, 2017.

                                       By:    */s/ Steven Kelly, Esquire*
                                                   Steven Kelly, Esquire, Bar No: 308573
                                                   Stern & Eisenberg, PC
                                                   1581 Main Street, Suite 200
                                                   The Shops at Valley Square
                                                   Warrington, PA 18976
                                                   Phone: (215) 572-8111
                                                   Fax: (215) 572-5025
                                                   skelly@sterneisenberg.com
                                                   Attorney for Creditor

---

1    Full title of Creditor is as follows: Bayview Loan Servicing, LLC.
2    This Loan is currently serviced by Bayview Loan Servicing, LLC.
3    For reference, the property address associated with the undersigned's representation is 62 Allen Drive, Hanover, PA 17331.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 13th day of December, 2017, to the following:

Larry W. Wolf
215 Broadway
Hanover, PA 17331
ephillips@larrywwolf.com
*Attorney for Debtor(s)*

Charles J. Dehart, III.
8125 Adams Drive
Suite A
Hummelstown, PA 17036
TWecf@pamd13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*

and by standard first class mail postage prepaid to:

George Merkel
62 Allen Drive
Hanover, PA 17331

Laura Ann Merkel
62 Allen Drive
Hanover, PA 17331
*Debtor(s)*

Dated this 13th day of December, 2017.

            By:  */s/ Steven Kelly, Esquire*
               Steven Kelly, Esquire, Bar No: 308573
               Stern & Eisenberg, PC
               1581 Main Street, Suite 200,
               Warrington, PA 18976
               Phone: (215) 572-8111
               Fax: (215) 572-5025
               skelly@sterneisenberg.com
               Attorney for Creditor