```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 15-01918-HWV
George Merkel                                                 Chapter 13
Laura Ann Merkel
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Dec 15, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb         +George Merkel,    Laura Ann Merkel,    62 Allen Drive,    Hanover, PA 17331-9374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Joel M Flink    on behalf of Creditor    Unifund Corporation flinkj@gordonweinberg.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 George  Merkel ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Laura Ann Merkel ephillips@larrywwolf.com
              Steven P. Kelly    on behalf of Creditor    Bayview Loan Servicing LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George Merkel<br>Laura Ann Merkel fka Laura A. Foy<br>　　　　　Debtors | Chapter 13 |
| JPMorgan Chase Bank, National Association<br>　　　　　Movant<br>v.<br>George Merkel<br>Laura Ann Merkel fka Laura A. Foy<br>　　　　　Debtors<br>and<br>Charles J. DeHart, III Esq.<br>　　　　　Trustee | NO. 15-01918 |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on February 2, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 62 Allen Drive Hanover, PA 17331.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: December 15, 2017

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge
(KB)