```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-01918-HWV
George Merkel                                                       Chapter 13
Laura Ann Merkel
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman         Page 1 of 1          Date Rcvd: Nov 23, 2018
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2018.
       +SUMMIT TITLE COMPANY,   Attention: Michelle Watkins,   40 W. Chesapeake Avenue No. 502,    Towson, MD 21204-4892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com
        Joel M Flink    on behalf of Creditor    Unifund Corporation flinkj@gordonweinberg.com
        Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Larry W. Wolf    on behalf of Debtor 1 George  Merkel ephillips@larrywwolf.com
        Larry W. Wolf    on behalf of Debtor 2 Laura Ann Merkel ephillips@larrywwolf.com
        Steven P. Kelly    on behalf of Creditor    Bayview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association    tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  GEORGE MERKEL                              CASE NO.    1-15-01918 HWV
        LAURA A. MERKEL
                    Debtors                         CHAPTER 13

**ORDER**

**UPON** consideration of the above reference debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court, the entity from who the

Debtor, Laura A. Merkel, receives income from:

    SUMMIT TITLE COMPANY
**Attention: Michelle Watkins**
**40 W. Chesapeake Avenue # 502**
**Towson, MD  21204**
**PH: 410-583-5353**

should deduct from said debtor's income the sum of **$ 64.00 weekly, for a total of $ 282.00 monthly**, beginning on the next pay day following this Order and deduct a similar amount each pay period thereafter, including any pay period which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to the above debtor and to remit the deductible sums to:

**Charles J. DeHart, III**
**Standing Chapter 13 Trustee**
**P O Box 7005**
**Lancaster, PA  17604**

      **IT IS FURTHER ORDERED** that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

      **IT IS FURTHER ORDERED** that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure

      **IT IS FURTHER ORDERED** that the employer will place the Bankruptcy Case Number and the Name of the debtor on all checks being forwarded to the Trustee to ensure proper accounting of funds. to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure

Dated: November 23, 2018      By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)