Voucher manifest below. Please save the following pages for your records.   Check No. 1219160

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-03465-RNO | 005-0 | CAROLINE MICHELLE MITERKO<br>Original Check written to:<br>EMERG CARE SERV OF PA PC<br>PO BOX 12907<br>NORFOLK, VA 23541- | 9560 | 37.11 | 6.19 | 0.00 | 6.19 |
| 14-03465-RNO | 006-0 | CAROLINE MICHELLE MITERKO<br>Original Check written to:<br>EMERG CARE SERV OF PA PC<br>PO BOX 12907<br>NORFOLK, VA 23541- | 1230 | 25.36 | 4.24 | 0.00 | 4.24 |
| 15-00677-RNO | 006-0 | MANUEL M. HIEDRA<br>Original Check written to:<br>CITIMORTGAGE<br>SERVICING ACCTG. MS330<br>1000 TECHNOLOGY DRIVE<br>O'FALLEN, MO 63368 | 2625 | 118.90 | 16.10 | 0.00 | 16.10 |
| 15-00879-RNO | 010-0 | MICHELE ALYCE VECCHIO<br>Original Check written to:<br>EMERGENCY PHYSICIAN ASSOCIATION<br>OF PA, PC<br>P.O. BOX 12907<br>NORFOLK, VA 23541- | 1026 | 852.71 | 4.29 | 0.00 | 4.29 |
| 15-01172-RNO | 016-0 | DOUGLAS R. BOWIE<br>Original Check written to:<br>FIRST COLUMBIA BANK<br>232 EAST STREET<br>BLOOMSBURG, PA 17815- | | 5,668.83 | 15.58 | 0.00 | 15.58 |
| 15-01918-HWV | 002-1 | GEORGE MERKEL<br>Original Check written to:<br>UNIFUND CORPORATION ASSIGNEE OF CITIBANK<br>C/O FREDERIC WEINBERG & ASSOC<br>375 E ELM ST, STE 210<br>CONSHOHOCKEN, PA 19428- | | 17,159.51 | 1,188.52 | 0.00 | 1,188.52 |

Case 1:15-bk-01918-HWV    Doc 103    Filed 07/07/20    Entered 07/07/20 11:18:10    Main Document    Page 1 of 1