```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 15-01918-HWV
George Merkel                                                 Chapter 13
Laura Ann Merkel
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke          Page 1 of 2            Date Rcvd: Sep 16, 2020
                             Form ID: fnldecnd        Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db/jdb         +George Merkel,    Laura Ann Merkel,    62 Allen Drive,    Hanover, PA 17331-9374
cr             +Unifund Corporation,    Law Office of Frederic I. Weinberg,    375 E. Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
4641625         ARS Account Resolution,    1801 NW 66th Avenue Ste. 200C,    Fort Lauderdale, FL 33313-4571
4641623         American Coradius International LLC,    2420 Sweet Home Road,    Suite 150,
                 Buffalo, NY 14228-2244
4641624         Anthony Ryan, Esq.,    810 Glen Eagles Ct. # 312,    Towson, MD 21286-2237
4641628        +Bureau of Account Management,    3607 Rosemont Avenue,    Camp Hill, PA 17011-6904
4641631        +Citibank/Sears,    P O Box 6282,    Sioux Falls, SD 57117-6282
4693968        +FORD MOTOR CREDIT COMPANY LLC,    C/O MICHAEL J. KLIMA , JR. , ESQUIRE,
                 810 GLEN EAGLES COURT , SUITE 312,    BALTIMORE , MD 21286-2237
4641633        +Ford Motor Credit,    P O Box 542000,    Omaha, NE 68154-8000
4641635         Green Tree Servicing LLC,    P O Box 6172,    Rapid City, SD 57709-6172
4657966        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
4641637        +Hayt, Hayt & Landau,    Meridian Center 1,    Two Industrial Way West,    Eatontown, NJ 07724-2279
4641638       #+Herbert A. Thaler, Esq.,    201 N. Charles Street # 2302,    Baltimore, MD 21201-4197
4641639        +Kelly Kimber, Esq.,    400 Washington Avenue 2nd Floor,    Towson, MD 21204-4606
4641640         M & T Bank,    P O Box 5138,    Buffalo, NY 14240-5138
4654970        +MET-ED A FIRSTENERGY COMPANY,    FIRSTENERGY,    331 NEWMAN SPRINGS RD,    BUILDING 3,
                 RED BANK, NJ 07701-5688
4641641         Met-Ed,    P O Box 3687,    Akron, OH 44309-3687
4641646        +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
4647025        +Unifund Corporation, assignee of Citibank South Da,     10625 Techwoods Circle,
                 Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2020 19:23:23
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
4646981        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 16 2020 19:23:10
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
4641626         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 16 2020 19:23:17       Asset Acceptance,
                 P O Box 2036,    Warren, MI 48090-2036
4976217        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2020 19:23:23
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
4976216        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 16 2020 19:23:23
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
4641627        +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Sep 16 2020 19:23:29
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4641629         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 19:27:59       Capital One Bank USA,
                 P O Box 30281,    Salt Lake City, UT 84130-0281
4641632        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 16 2020 19:23:12
                 Fashion Bug/Spirit of America,    1103 Allen Drive,    Milford, OH 45150-8763
4641634        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 16 2020 19:23:10       GM Financial,
                 P O Box 183834,    Arlington, TX 76096-3834
4641636        +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 16 2020 19:23:26       Harley Davidson Credit,
                 P O Box 21829,    Carson City, NV 89721-1829
4641630         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 16 2020 19:28:20       Chase,
                 P O Box 24696,    Columbus, OH 43224
4718548         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 16 2020 19:28:20
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
4825168         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 16 2020 19:28:44
                 JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
4641644        +E-mail/Text: bankruptcydepartment@tsico.com Sep 16 2020 19:23:27       NCO Fin/99,    PO Box 15636,
                 Wilmington, DE 19850-5636
4641645        +E-mail/Text: bankruptcydepartment@tsico.com Sep 16 2020 19:23:27       NCO Financial Services/99,
                 P O Box 15636,    Wilmington, DE 19850-5636
4641642        +E-mail/Text: Bankruptcies@nragroup.com Sep 16 2020 19:23:29       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4641647         E-mail/Text: bkrpt21@maxprofitsys.com Sep 16 2020 19:23:18       Valley Credit Service,
                 P O Box 1070,    Hagerstown, MD 21741
4641648         E-mail/Text: kcm@yatb.com Sep 16 2020 19:23:05       York Adams Tax Bureau,    1405 N. Duke Street,
                 P O Box 15627,    York, PA 17405-0156
                                                                                               TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
4641643*     +National Recovery Agency,   2491 Paxton  Street,   Harrisburg, PA 17111-1036
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Joel M Flink    on behalf of Creditor    Unifund Corporation flinkj@gordonweinberg.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               josh.goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 George  Merkel ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Laura Ann Merkel ephillips@larrywwolf.com
              Steven P. Kelly    on behalf of Creditor    Bayview Loan Servicing LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| George Merkel,<br>**Debtor 1**<br>Laura Ann Merkel,<br>fka Laura A. Foy,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:15–bk–01918–HWV |

Social Security No.:
    xxx–xx–5777    xxx–xx–4689

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **George Merkel and Laura Ann Merkel** in accordance with §1328 of the Bankruptcy Code.

Dated: September 16, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)