Certificate Number: 14912-PAM-DE-034902398

Bankruptcy Case Number: 15-01918


14912-PAM-DE-034902398

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 21, 2020, at 4:42 o'clock PM EDT, George Merkel completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 21, 2020         By:   /s/Jai Bhatt

                                   Name: Jai Bhatt

                                   Title: Counselor