United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-01918-HWV |
| George Merkel | Chapter 13 |
| Laura Ann Merkel | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmecf@dilksknopik.com | Aug 31 2022 18:43:00 | Brian J Dilks, Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065-9216 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2022         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMorgan Chase Bank National Association bkgroup@kmllawgroup.com |
| Joel M Flink | on behalf of Creditor Unifund Corporation flinkj@gordonweinberg.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

| | |
|---|---|
| Larry W. Wolf | on behalf of Debtor 1 George Merkel kcrider@larrywwolf.com  kcrider@larrywwolf.com |
| Larry W. Wolf | on behalf of Debtor 2 Laura Ann Merkel kcrider@larrywwolf.com  kcrider@larrywwolf.com |
| Steven P. Kelly | on behalf of Creditor Bayview Loan Servicing LLC skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| George Merkel | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:15-bk-01918-HWV |
| Laura Ann Merkel fka Laura A Foy | | | |
| | Debtor 2 | | |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

     On August 3, 2022, an application was filed for the Claimant(s), Dilks & Knopik LLC, as assignee of Unifund Corporation, assignee of Citibank, for the payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

     **ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $1,188.52 held in unclaimed funds be made payable to Dilks & Knopik LLC and disbursed to the payee at the following address:

     35308 SE Center Street, Snoqualmie, WA 98065.

     The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 31, 2022